

NUMBER 13-09-00409-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SAVANNAH ROBINSON,                                                                                          Appellant,

v.

SURGERY CENTER FOR INTERVENTIONAL
PAIN MANAGEMENT, P.A.,                                                                                    Appellee.

On appeal from County at Law No. 4
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Garza**
**Memorandum Opinion Per Curiam**

Appellant, Savannah Robinson, and appellee, Surgery Center for Interventional Pain

Management, P.A., have filed an "Agreed Motion to Dismiss Appeal" in this cause.

Pursuant to agreement, the parties request this Court to set aside the trial court's May 27,

2009 order without regard to the merits, to render judgment that appellee take nothing by way of the May 27, 2009 order, to order that each party pay its own costs arising from this appeal, and to dismiss this appeal and remand the case to the trial court.

The Court, having examined and fully considered the agreed motion, is of the opinion that the motion should be granted in part and denied in part. The agreed motion is GRANTED and the trial court's order is set aside without regard to the merits and the cause is remanded to the trial court for rendition of judgment in accordance with the agreement. *See* TEX. R. APP. P. 42.1(2)(B). Pursuant to agreement of the parties, each party will pay its own costs for the appeal. *Id.* 42.1(c). All other relief requested by the motion and not granted herein is DENIED.

PER CURIAM

Delivered and filed the
6th day of May, 2010.

2